UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

In Re:

MAGDALENA PEREZ

    Debtor.
_____

Case No: 24-21078-dob
Chapter 7
Hon. Daniel S. Opperman

KISHORE JAYAKUMAR,

    Plaintiff,

v.

MAGDALENA PEREZ,

    Defendant.

Adv. Pro. No. 26-02010-dob

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, he caused a copy of the **Complaint to Determine Non-Dischargeability of Indebtedness** and **Summons in an Adversary Proceeding** in the above-captioned case to be served via first-class mail, postage prepaid, to the Debtor and to Debtor's counsel as shown below:

| | |
|---|---|
| Magdalena Perez | Matthew Lee Frey |
| 4355 Augustine St | 4901 Towne Centre Road, Ste. 235 |
| Saginaw, MI 48638-6509 | Saginaw, MI 48604 |

|  |  |
|---|---|
| Dated: March 6, 2026 | WARNER NORCROSS + JUDD LLP |
|  | /s/ Jonathan Lauderbach |
|  | Jonathan Lauderbach (P51313) |
|  | Joshua C. Eggert (P87786) |
|  | 715 East Main Street, Suite 110 |
|  | Midland, MI 48640 |
|  | 989-698-3700 |
|  | jlauderbach@wnj.com |
|  | *Attorneys for Plaintiff* |

33977514