# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

111 First Street
Bay City, MI 48708

In Re: Magdalena Perez
Debtor

Case No.: 24−21078−dob
Chapter 7
Judge: Daniel S. Opperman.BayCity

Kishore Jayakumar
Plaintiff

Adv. Proc. No. 26−02010−dob

v.

Magdalena Perez
Defendant

## DEFAULT ENTRY BY CLERK

It appears from the records in the above−entitled proceeding that a summons has been served upon the defendant named below and that the defendant has failed to timely plead or otherwise defend in said proceeding as directed in said summons and as provided in the Federal Rules of Bankruptcy Procedure.

Now, therefore, pursuant to Fed. R. Bankr. P. 7055 the **DEFAULT** of the following is hereby entered.

**Michigan Health Clinics, P.C. and David Stockman**

**The plaintiff shall file an application for default judgment, pursuant to L.B.R. 7055−1 within 14 days from the entry of this default. Applications for default judgment shall be accompanied by the affidavit required under the Servicemember's Civil Relief Act of 2003.**

**If the plaintiff fails to file the application for default judgment *within 14−days* from the entry of this default, the complaint may be dismissed without a hearing.**

Dated: 5/8/26

/s/ Todd M. Stickle
Todd M. Stickle , Clerk of Court
United States Bankruptcy Court

United States Bankruptcy Court

Eastern District of Michigan

Jayakumar,

    Plaintiff

Adv. Proc. No. 26-02010-dob

Perez,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0645-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 08, 2026 | Form ID: default | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 3pp | Email/PDF: mperez15@svsu.edu | May 08 2026 22:23:00 | Magdalena Perez, 4355 Augustine St, Saginaw, MI 48638-6509 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | * | Magdalena Perez, 4355 Augustine St, Saginaw, MI 48638-6509 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2026        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jonathan E. Lauderbach | on behalf of Plaintiff Kishore Jayakumar jlauderbach@wnj.com |
| Matthew L. Frey | on behalf of Defendant Magdalena Perez mfrey@matthewfreylaw.com  notices@UpRightLaw.com |
| Matthew L. Frey | on behalf of 3rd Party Plaintiff Magdalena Perez mfrey@matthewfreylaw.com  notices@UpRightLaw.com |

TOTAL: 3