United States Bankruptcy Court

Eastern District of Michigan – Northern Division

| | | |
|---|---|---|
| In re MAGDALENA PEREZ, Debtor | ) ) | Case No. 24-21078-dob |
| KISHORE JAYAKUMAR, Plaintiff | ) | Adversary Proceeding: |
| v | ) | 26-02010-DOB |
| MAGDALENA PEREZ. Defendant/Third-Party Plaintiff | ) ) | Chapter 7 |
| V | ) | |
| DAVID STOCKMAN, AND | ) | |
| MICHIGAN HEALTH CLINIC, | ) | |
| Third-Party Defendants | ) | |
| _____ | ) | |

| | |
|---|---|
| MATTHEW L. FREY (P68239) | WARNER NORCROSS + JUDD LLP |
| Attorney for Debtor/Defendant | Jonathan Lauderbach (P51313) |
| 4901 Towne Centre Road, Suite 235 | Attorney for Creditor/Plaintiff |
| Saginaw, MI 48604 | 715 East Main Street suite 110 |
| 989-799-2227 | Midland MI 48640 |
| mfrey@matthewfreylaw.com | 989-698-3700 |
| | jlauderbach@wnj.com |
| _____ | ) |

## **MOTION FOR ENTRY OF DEFAULT JUDGMENT**

NOW COMES Third-Party Plaintiff Magdalena, by and through her attorney, by

Matthew L. Frey, and for their Motion for Entry of Default Judgment states as follows:

1. The present cause of action was filed on April 1, 2026, seeking contribution and indemnity
   under the action filed by Plaintiff Kishore Jayakumar against Magdalena Perez, the
   Debtor/Defendant/Third-Party Plaintiff in the above captioned case.

2. That the Defendant was served on April 2, 2026, via first class mail.

3. Third-Party Defendant David Stockman replied on April 6, 2026 via email to this action requesting a copy of certain filings, which were sent in a response email. See Exhibit 1.

4. Third-Party Defendant David Stockman sent a follow up email on May 7, 2026 indicating he would be filing a motion extending the time to file an answer by 30 days. A response was sent indicating there would be no objection to said motion. See Exhibit 2. To date, no motion has been filed, nor any request to sign a stipulation for additional time, which Third-Party Plaintiff would have (would still) agreed to/signed.

5. That since that time, the Defendant has failed to appear and/or file any response to the allegations set forth in Third-Party Plaintiff Magdalena Perez's third-party complaint.

6. That pursuant to F.R.Civ.P. 55 made applicable to adversary proceedings pursuant to F.R.Bankr.P. 7055:

> (a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.
>
> (b) Entering a Default Judgment.
>
>> (1) By the Clerk. If the plaintiff's claim is for a sum certain or a sum that can be made certain by computation, the clerk—on the plaintiff's request, with an affidavit showing the amount due—must enter judgment for that amount and costs against a defendant who has been defaulted for not appearing and who is neither a minor nor an incompetent person.
>>
>> (2) By the Court. In all other cases, the party must apply to the court for a default judgment. A default judgment may be entered against a minor or incompetent person only if represented by a general guardian, conservator, or other like fiduciary who has appeared. If the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing. The court may conduct hearings or make

referrals—preserving any federal statutory right to a jury trial—when, to enter or effectuate judgment, it needs to:

(A) conduct an accounting;

(B) determine the amount of damages;

(C) establish the truth of any allegation by evidence; or

(D) investigate any other matter.

7. That default was entered against the Defendant on May 8, 2026.

8. That Third-Party Plaintiff Magdalena Perez is entitled to contribution and indemnity in amounts to be determined by the Court if she is found responsible for any debt owed to Plaintiff.

WHEREFORE Third-Party Plaintiff Magdalena Perez, by and through her attorney, Matthew L. Frey, prays of this Honorable Court that it enter a judgment in Third-Party Plaintiff's favor and against Defendant David Stockman requiring him to contribute and indemnify Magdalena Perez in any judgment entered against or consented to by Magdalena Perez.

Respectfully submitted,

By: /s/ Matthew L. Frey
MATTHEW L. FREY (P68239)
4901 Towne Centre Road, Suite 235
Saginaw, MI 48604
(989) 799-2227
mfrey@matthewfreylaw.com


Dated: May 14, 2026

# EXHIBIT 1

# mfrey matthewfreylaw.com

| | |
|---|---|
| **From:** | mfrey matthewfreylaw.com |
| **Sent:** | Monday, April 6, 2026 11:27 AM |
| **To:** | 'David Stockman' |
| **Subject:** | RE: Jayakumar |
| **Attachments:** | 3rd party summons jayakumar.pdf; filed answer to Jayakumar.pdf; complaint from Jayakumar.pdf |

Matthew L. Frey, J.D., LL.M.
Attorney at Law
4901 Towne Centre Road, Suite 235
Saginaw, MI 48604
Ph: 989-297-1560
Fax: 989-393-5962
office: 989-799-2227
mfrey@matthewfreylaw.com

Also available for all appointments or communications via Zoom, Phone, or In-person

An Act of Congress requires me to indicate that pursuant to the United States Bankruptcy Code, I am a debt relief agency. I help people file for bankruptcy relief under the Bankruptcy Code, among other legal services I provide.

-----Original Message-----
From: David Stockman <dstockma4@icloud.com>
Sent: Monday, April 6, 2026 11:13 AM
To: mfrey matthewfreylaw.com <mfrey@matthewfreylaw.com>
Subject: Jayakumar

Thank you. I was about to do a motion to intervene. Can you send me the PDF please?

This helps out quite a bit.

# EXHIBIT 2

**mfrey matthewfreylaw.com**

| | |
|---|---|
| **From:** | mfrey matthewfreylaw.com |
| **Sent:** | Thursday, May 7, 2026 12:11 PM |
| **To:** | 'David Stockman' |
| **Subject:** | RE: Jayakumar |

I can consent to the third-party complaint against yourself personally be extended by 30 days. I will not oppose a motion to that effect.

Matthew L. Frey, J.D., LL.M.
Attorney at Law
4901 Towne Centre Road, Suite 235
Saginaw, MI 48604
Ph: 989-297-1560
Fax: 989-393-5962
office: 989-799-2227
mfrey@matthewfreylaw.com

Also available for all appointments or communications via Zoom, Phone, or In-person

An Act of Congress requires me to indicate that pursuant to the United States Bankruptcy Code, I am a debt relief agency. I help people file for bankruptcy relief under the Bankruptcy Code, among other legal services I provide.

-----Original Message-----
From: David Stockman <dstockma4@icloud.com>
Sent: Thursday, May 7, 2026 11:21 AM
To: mfrey matthewfreylaw.com <mfrey@matthewfreylaw.com>
Subject: Jayakumar

Hi Matt,

I am filing a motion today for extension to answer for 30 days. Is that okay? The case is still going on in DC as well so I want to be sure I do things between the two places. I have not had time however to attack it over the last few weeks.

United States Bankruptcy Court

Eastern District of Michigan – Northern Division

| | | | |
|---|---|---|---|
| In re | MAGDALENA PEREZ,<br>Debtor | ) <br> ) | Case No. 24-21078-dob |
| | KISHORE JAYAKUMAR,<br>Plaintiff | ) | Adversary Proceeding: |
| | v | ) | 26-02010-DOB |
| | MAGDALENA PEREZ.<br>      Defendant/Third-Party Plaintiff | ) <br> ) | Chapter<br>7 |
| | V | ) | |
| | DAVID STOCKMAN, AND | ) | |
| | MICHIGAN HEALTH CLINIC, | ) | |
| | Third-Party Defendants | ) | |
| | _____ | ) | |

MATTHEW L. FREY (P68239)
Attorney for Debtor/Defendant
4901 Towne Centre Road, Suite 235
Saginaw, MI 48604
989-799-2227
mfrey@matthewfreylaw.com

WARNER NORCROSS + JUDD LLP
Jonathan Lauderbach (P51313)
Attorney for Creditor/Plaintiff
715 East Main Street suite 110
Midland MI 48640
989-698-3700
jlauderbach@wnj.com

_____ )

## **JUDGMENT BY DEFAULT**

WHEREFORE Third-Party Plaintiff Magdalena Perez, by and through her attorney, Matthew L. Frey, having filed the present core proceeding seeking contribution and indemnity; and having filed a Motion for Entry of Default Judgment pursuant to F.R.B.P. 7055 and Fed.R.Civ.P. 55, and the Defendant having failed to timely file a response to Third-Party Plaintiff Magdalena Perez's Complaint and this Court being otherwise advised in the premises;:

NOW THEREFORE, IT IS HEREBY ORDERED that judgment is hereby entered against Defendant David Stockman to contribute to and indemnify Third-Party Plaintiff

Magdalena Perez in amounts to be determined when the underlying Complaint filed against her by Kishore Jayakumar is resolved.

(Proposed Order)