United States Bankruptcy Court

Eastern District of Michigan – Northern Division

| | | | |
|---|---|---|---|
| In re | MAGDALENA PEREZ, Debtor | ) ) | Case No. 24-21078-dob |
| | KISHORE JAYAKUMAR, Plaintiff | ) | Adversary Proceeding: |
| | v | ) | 26-02010-DOB |
| | MAGDALENA PEREZ. Defendant/Third-Party Plaintiff | ) ) | Chapter 7 |
| | V | ) | |
| | DAVID STOCKMAN, AND | ) | |
| | MICHIGAN HEALTH CLINIC, | ) | |
| | Third-Party Defendants | ) | |
| | _____ | ) | |

MATTHEW L. FREY (P68239)
Attorney for Debtor/Defendant
4901 Towne Centre Road, Suite 235
Saginaw, MI 48604
989-799-2227
mfrey@matthewfreylaw.com

WARNER NORCROSS + JUDD LLP
Jonathan Lauderbach (P51313)
Attorney for Creditor/Plaintiff
715 East Main Street suite 110
Midland MI 48640
989-698-3700
jlauderbach@wnj.com

_____ )

## **JUDGMENT BY DEFAULT**

WHEREFORE Third-Party Plaintiff Magdalena Perez, by and through her attorney, Matthew L. Frey, having filed the present core proceeding seeking contribution and indemnity; and having filed a Motion for Entry of Default Judgment pursuant to F.R.B.P. 7055 and Fed.R.Civ.P. 55, and the Defendant having failed to timely file a response to Third-Party Plaintiff Magdalena Perez's Complaint and this Court being otherwise advised in the premises;:

NOW THEREFORE, IT IS HEREBY ORDERED that judgment is entered against Defendant David Stockman to contribute to and indemnify Third-Party Plaintiff Magdalena Perez in amounts to be determined when the underlying Complaint filed against her by Kishore Jayakumar is resolved.

**Signed on May 14, 2026**



/s/ Daniel S. Opperman

**Daniel S. Opperman**
**United States Bankruptcy Judge**