United States Bankruptcy Court

Eastern District of Michigan – Northern Division

| | | |
|---|---|---|
| In re MAGDALENA PEREZ,<br>Debtor | ) ) | Case No. 24-21078-dob |
| KISHORE JAYAKUMAR,<br>Plaintiff | ) | Adversary Proceeding: |
| v | ) | 26-02010-DOB |
| MAGDALENA PEREZ.<br>Defendant/Third-Party Plaintiff | ) ) | Chapter<br>7 |
| V | ) | |
| DAVID STOCKMAN, AND | ) | |
| MICHIGAN HEALTH CLINIC, | ) | |
| Third-Party Defendants | ) | |
| _____ | ) | |

MATTHEW L. FREY (P68239)
Attorney for Debtor/Defendant
4901 Towne Centre Road, Suite 235
Saginaw, MI 48604
989-799-2227
mfrey@matthewfreylaw.com

WARNER NORCROSS + JUDD LLP
Jonathan Lauderbach (P51313)
Attorney for Creditor/Plaintiff
715 East Main Street suite 110
Midland MI 48640
989-698-3700
jlauderbach@wnj.com

_____ )

## **JUDGMENT BY DEFAULT**

WHEREFORE Third-Party Plaintiff Magdalena Perez, by and through her attorney, Matthew L. Frey, having filed the present core proceeding seeking contribution and indemnity; and having filed a Motion for Entry of Default Judgment pursuant to F.R.B.P. 7055 and Fed.R.Civ.P. 55, and the Defendant having failed to timely file a response to Third-Party Plaintiff Magdalena Perez's Complaint and this Court being otherwise advised in the premises;:

NOW THEREFORE, IT IS HEREBY ORDERED that judgment is entered against Defendant Michigan Health Clinic, P.C. to contribute to and indemnify Third-Party Plaintiff Magdalena Perez in amounts to be determined when the underlying Complaint filed against her by Kishore Jayakumar is resolved.

**Signed on May 14, 2026**



/s/ **Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**