UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

In Re:

Case No: 24-21078-dob

MAGDALENA PEREZ
Chapter 7
Hon. Daniel S. Opperman

        Debtor.
_____

KISHORE JAYAKUMAR,
Adv. Pro. No.  26-02010-dob

        Plaintiff,

v.

MAGDALENA PEREZ,

        Defendant / Third-Party Plaintiff.

v.

DAVID STOCKMAN, and
MICHIGAN HEALTH CLINIC,

        Third-Party Defendants

_____

## REPORT OF PARTIES' RULE 26(f) CONFERENCE

Pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(f), a conference was held on June 1, 2026, by electronic means. The following persons participated in the conference:

- Jonathan E. Lauderbach and Joshua C. Eggert, on behalf of the Kishore Jayakumar (the "Plaintiff"); and
- Matthew Frey, on behalf of Magdalena Perez (the "Defendant").

This is submitted as the required report of that conference.

(1)     Initial Disclosures Required by Fed. R. Bankr. P. 7026(a)(1). The parties will provide initial disclosures required by Fed. R. Bankr. P. 7026(a)(1) by July 10, 2026.

(2)     Discovery Plan. The parties jointly propose to the Court the following discovery plan in conformance with Fed. R. Civ. P. 26(f)(3):

1

(a) Discovery will be needed on the following subjects: All factual elements related the Plaintiff's claims and the Defendant's defenses.

(b) All discovery commenced in time to be completed by December 18, 2026.

(c) Maximum of 25 interrogatories and 25 requests for production of documents by each party to any other party.

(d) Maximum of 25 requests for admission by each party to any other party.

(e) Maximum of 8 depositions by each party.

(f) Each deposition is limited to maximum of 7 hours unless extended by agreement of the parties.

(g) Reports from retained experts under Fed. R. Bankr. P. 7026(a)(2) are due from both parties by October 16, 2026.

(h) Supplementation under Fed. R. Bankr. P. 7026(e) due: As specified in Fed. R. Bankr. P. 7026(e)(1)(A).

(i) Discovery of electronically stored information:

    (i) This adversary proceeding does involve the discovery of electronically stored information.

    (ii) Pursuant to E.D. Mich. LBR 7026-4, the Model Order Relating to the Discovery of Electronically Stored Information approved by the District Court will apply

(3) <u>Other Agreed Upon Items</u>.

(a) The parties have until July 2, 2026, to join additional parties or to amend the pleadings.

(b) All potentially dispositive motions should be filed by January 29, 2027.

(c) The proceeding will be ready for trial by March 29, 2027. The trial is expected to take two trial days.

(d) Jury trial matters: A jury trial was not timely demanded and is waived.

(e) The parties agree that this is a core proceeding.

(f) The parties consent to the Bankruptcy Court entering a final order or judgment in this proceeding.

(4)  Other Matters. None.

(5)  Matters not agreed upon or insufficiently addressed by the foregoing. None.

Dated: June 5, 2026                                  Dated: June 1, 2026

*/s/ Joshua C. Eggert*                               */s/ Matthew L. Frey*
Joshua C. Eggert (P87786)                            Matthew L. Frey (P68239)
Jonathan Lauderbach (P51313)                         4901 Towne Centre Road, Suite 235
715 East Main Street, Suite 110                      Saginaw, MI 48604
Midland, MI 48640                                    (989) 799-2227
989-698-3700                                         mfrey@matthewfreylaw.com
jeggert@wnj.com


34372591