United States Bankruptcy Court

Eastern District of Michigan – Northern Division

| | | | |
|---|---|---|---|
| In re | MAGDALENA PEREZ,<br>Debtor | )<br>) | Case No. 24-21078-dob |
| | KISHORE JAYAKUMAR,<br>Plaintiff | )<br>) | |
| | | | Adversary Proceeding: |
| | v | ) | 26-02010-DOB |
| | MAGDALENA PEREZ.<br>     Defendant/Third-Party Plaintiff | )<br>) | Chapter<br>7 |
| | V | ) | |
| | DAVID STOCKMAN, AND | ) | |
| | MICHIGAN HEALTH CLINIC | ) | |
| | Third-Party Defendants | ) | |
| | _____ | ) | |

| | |
|---|---|
| MATTHEW L. FREY (P68239) | WARNER NORCROSS + JUDD LLP |
| Attorney for Debtor/Defendant | Jonathan Lauderbach (P51313) |
| 4901 Towne Centre Road, Suite 235 | Attorney for Creditor/Plaintiff |
| Saginaw, MI 48604 | 715 East Main Street suite 110 |
| 989-799-2227 | Midland MI 48640 |
| mfrey@matthewfreylaw.com | 989-698-3700 |
| | jlauderbach@wnj.com |

_____ )

## **<u>INITIAL DISCLOSURES REQUIRED BY FED. R. CIV. P. 26(a)(1)</u>**

Pursuant to Fed R. Civ. P. 26(a)(1), Defendant makes the following initial disclosures:

(1) The name and, if known, the address and telephone number of each individual likely to
   have discoverable information:
   - a. Defendant - Magdalena Perez
       - i. Address: 4355 Augustine St Saginaw, MI 48638-6509
       - ii. Cell: 989-522-2652
   - b. Dr. David Stockman
       - i. Address: 5775 McCarty, Saginaw MI 48603

<ol type="a" start="3">
<li>Brian Hart
  <ol type="i">
  <li>Address: 3684 Lamplighter Drive, Saginaw MI 48603</li>
  </ol>
</li>
<li>Current and former employees of Michigan Health Clinics, P.C.
  <ol type="i">
  <li>Address: Uknown at this time</li>
  </ol>
</li>
</ol>

(2) Subjects of information—that the disclosing party may use to support its claims or defenses

<ol type="a">
<li>Defendant – to testify as to working/employment relationship with Dr. David Stockman, role in Dr. Stockman's recruitment and hiring of Plaintiff.</li>
<li>Dr. David Stockman – to testify as to Ms. Perez's working/employment relationship to the various entities involved in this case and her role in regards to the recruitment and hiring of Plaintiff.</li>
<li>Brian Hart – to testify as to working/employment relationship with Dr. David Stockman, role in Dr. Stockman's recruitment and hiring of Plaintiff.</li>
<li>Current and former employees of Michigan Health Clinics, P.C. – working/employment relationship with Dr. David Stockman, role in Dr. Stockman's recruitment and hiring of Plaintiff</li>
</ol>

Defendant/Third-Party Plaintiff reserves the right to amend and revise this list as the case develops.

(3) Copies—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses;

<ol type="a">
<li>Any and all documents that involve the recruitment and hiring of Plaintiff.</li>
<li>Any and all documents related to Defendant's employment and/or related roles with Dr. Stockman and his related/controlled entities including but not limited to Michigan Health Clinics, P.C.</li>
</ol>

Defendant/Third-Party Plaintiff reserves the right to amend and revise this list as the case develops.

26(a)(1)(A)(iii) – Computation of Damages

1. Defendant believes damages are $0.00 and disputes applicability of any other jurisdictional basis for increasing damages. Defendant is seeking in contribution/indemnity from Dr. David Stockman and/or Michigan Health Clinics. P.C., plus reasonable attorney fees and collection costs for any award of damages against her. Additional interest and attorney fees may accrue against them.

26(a)(1)(A)(iv) – Insurance Agreement

1. Not applicable

26(a)(2) – Expert Witnesses

1. Defendant/Third-Party Plaintiff does not anticipate calling any expert witnesses at this time.

26(a)(3) – Pretrial Disclosures

1. Defendant/Third-Party Plaintiff relies upon the disclosure of witnesses as stated above; Defendant/Third-Party Plaintiff may not call all witnesses at trial

2. Defendant/Third-Party Plaintiff does not anticipate providing testimony at trial by deposition

3. Defendant/Third-Party Plaintiff may offer responses to Discovery at trial and any other documents listed by Plaintiff/Third-Party Defendants. May also offer information acquired during the course of discovery.

Date:  July 10, 2026          /s/ Matthew L. Frey
                              Matthew L. Frey (P68239),
                              Attorney for Defendant
                              4901 Towne Center Road, Suite 235
                              Saginaw, MI 48604
                              (989) 799-2227
                              mfrey@matthewfreylaw.com

United States Bankruptcy Court

Eastern District of Michigan – Northern Division

| | | | |
|---|---|---|---|
| In re | MAGDALENA PEREZ,<br>Debtor | ) ) | Case No. 24-21078-dob |
| | KISHORE JAYAKUMAR,<br>Plaintiff | ) | Adversary Proceeding: |
| | v | ) | 26-02010-DOB |
| | MAGDALENA PEREZ.<br>     Defendant/Third-Party Plaintiff | ) ) | Chapter<br>7 |
| | V | ) | |
| | DAVID STOCKMAN, AND | ) | |
| | MICHIGAN HEALTH CLINIC | ) | |
| | Third-Party Defendants | ) | |

_____ )

MATTHEW L. FREY (P68239)
Attorney for Debtor/Defendant
4901 Towne Centre Road, Suite 235
Saginaw, MI 48604
989-799-2227
mfrey@matthewfreylaw.com

WARNER NORCROSS + JUDD LLP
Jonathan Lauderbach (P51313)
Attorney for Creditor/Plaintiff
715 East Main Street suite 110
Midland MI 48640
989-698-3700
jlauderbach@wnj.com

_____ )

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2026, a copy of Defendant/Third Party Plaintiff's Initial Disclosures Fed R. Civ. P. 26(a)(1) were served upon Plaintiff by and through their attorney(s) of record by ecf.

Respectfully submitted,

By: /s/ Matthew L. Frey
MATTHEW L. FREY (P68239)
4901 Towne Centre Road, Suite 235
Saginaw, MI 48604
(989) 799-2227
mfrey@matthewfreylaw.com


Dated: July 10, 2026