UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

In Re:

MAGDALENA PEREZ

Debtor.

Case No: 24-21078-dob
Chapter 7
Hon. Daniel S. Opperman

KISHORE JAYAKUMAR,

Plaintiff,

Adv. Pro. No. 26-02010-dob

v.

MAGDALENA PEREZ,

Defendant / Third-Party Plaintiff.

v.

DAVID STOCKMAN, and
MICHIGAN HEALTH CLINIC,

Third-Party Defendants

---

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing **Plaintiff's First Requests for Admissions, Interrogatories, and Requests for Production of Documents** using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: October 9, 2026

WARNER NORCROSS + JUDD LLP

/s/ Joshua C. Eggert
Jonathan Lauderbach (P51313)
Joshua C. Eggert (P87786)
715 East Main Street, Suite 110
Midland, MI 48640
989-698-3700
jlauderbach@wnj.com
jeggert@wnj.com
*Attorneys for Defendant*