UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

In re:
MAGDALENA PEREZ,
Debtor.
_________________________________________/

Case No. 24-21078-dob
Chapter 7
Hon. Daniel S. Opperman

KISHORE JAYAKUMAR,
Plaintiff,
v.
MAGDALENA PEREZ,
Defendant / Third-Party Plaintiff,
v.
DAVID STOCKMAN, and
MICHIGAN HEALTH CLINIC,
Third-Party Defendants.
_________________________________________/

Adv. Proc. No. 26-02010-dob

THIRD-PARTY DEFENDANT DAVID STOCKMAN'S NOTICE OF ZOOM DEPOSITION OF KISHORE JAYAKUMAR

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, made applicable by Fed. R. Bankr. P. 7030, Third-Party Defendant David Stockman will take the oral deposition of Plaintiff Kishore Jayakumar.

The deposition will commence on Monday, October 26, 2026, at 10:00 a.m. Eastern Time, and will be conducted remotely by Zoom. The deposition may continue from day to day as necessary until completed, subject to the limits of Fed. R. Civ. P. 30(d)(1).

The deposition will be taken before a court reporter or other officer authorized to administer oaths under Fed. R. Civ. P. 28. Testimony will be recorded stenographically and may also be recorded by audiovisual means. Zoom access information will be circulated electronically before the deposition.

All documents and electronically stored information responsive to Third-Party Defendant Stockman's previously served discovery requests that are due on or before the

deposition date shall be produced electronically no later than Friday, October 23, 2026 at 5:00 p.m. Eastern Time. Any such production shall remain electronically accessible to the witness during the deposition for examination, questioning, and screen-sharing. This paragraph does not shorten any otherwise applicable response period under Fed. R. Civ. P. 34.

The examination may include the witness's knowledge concerning Dr. Jayakumar's employment, work locations, scheduling, compensation, billing, productivity, communications concerning Michigan Health Clinic and Clinical Dermatology Center, and the factual allegations and damages at issue, together with other matters within Fed. R. Civ. P. 26(b)(1).

Respectfully submitted,

/s/ David Stockman
David Stockman, Pro Se
Third-Party Defendant
5805 McCarty Road
Saginaw, Michigan 48603
dstockma4@icloud.com
(989) 341-3017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

| | |
|---|---|
| In re:<br>MAGDALENA PEREZ,<br>Debtor.<br>_________________________________________/ | Case No. 24-21078-dob<br>Chapter 7<br>Hon. Daniel S. Opperman |
| KISHORE JAYAKUMAR,<br>Plaintiff,<br>v.<br>MAGDALENA PEREZ,<br>Defendant / Third-Party Plaintiff,<br>v.<br>DAVID STOCKMAN, and<br>MICHIGAN HEALTH CLINIC,<br>Third-Party Defendants.<br>_________________________________________/ | Adv. Proc. No. 26-02010-dob |

CERTIFICATE OF SERVICE

I certify that on October 10, 2026, I served Third-Party Defendant David Stockman's Notice of Zoom Deposition of Kishore Jayakumar through the Court's CM/ECF system on all registered participants entitled to electronic notice in Adv. Proc. No. 26-02010-dob.

Respectfully submitted,

/s/ David Stockman
David Stockman, Pro Se
Third-Party Defendant
5805 McCarty Road
Saginaw, Michigan 48603
dstockma4@icloud.com
(989) 341-3017