UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

| | |
|---|---|
| In re:<br>MAGDALENA PEREZ,<br>Debtor.<br>_______________________________________/ | Case No. 24-21078-dob<br>Chapter 7<br>Hon. Daniel S. Opperman |
| KISHORE JAYAKUMAR,<br>Plaintiff,<br>v.<br>MAGDALENA PEREZ,<br>Defendant / Third-Party Plaintiff,<br>v.<br>DAVID STOCKMAN, and<br>MICHIGAN HEALTH CLINIC,<br>Third-Party Defendants.<br>_______________________________________/ | Adv. Proc. No. 26-02010-dob |

THIRD-PARTY DEFENDANT DAVID STOCKMAN'S NOTICE OF ZOOM DEPOSITION OF CHRISTIAN RICHARD MILLETT, M.D.

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, made applicable by Fed. R. Bankr. P. 7030, Third-Party Defendant David Stockman will take the oral deposition of nonparty witness Christian Richard Millett, M.D.. A separate subpoena under Fed. R. Civ. P. 45, made applicable by Fed. R. Bankr. P. 9016, will be served to compel attendance and any required production.

The deposition will commence on Thursday, October 29, 2026, at 10:00 a.m. Eastern Time, and will be conducted remotely by Zoom. The deposition may continue from day to day as necessary until completed, subject to the limits of Fed. R. Civ. P. 30(d)(1).

The deposition will be taken before a court reporter or other officer authorized to administer oaths under Fed. R. Civ. P. 28. Testimony will be recorded stenographically and may also be recorded by audiovisual means. Zoom access information will be circulated electronically before the deposition.

To the extent the Rule 45 subpoena commands production, responsive documents and ESI shall be produced electronically no later than Wednesday, October 28, 2026 at 5:00 p.m. Eastern Time. The production shall remain electronically accessible during the Zoom deposition for questioning and screen-sharing. Ordinary documents should be searchable PDF; spreadsheets, databases, reports, and similar ESI should be produced in native form when functionality or metadata is material.

The examination may include the witness's knowledge concerning Dr. Jayakumar's employment, work locations, scheduling, compensation, billing, productivity, communications concerning Michigan Health Clinic and Clinical Dermatology Center, and the factual allegations and damages at issue, together with other matters within Fed. R. Civ. P. 26(b)(1).

This Notice alone does not compel the nonparty witness. The separately issued Rule 45 subpoena will specify a place of compliance consistent with Fed. R. Civ. P. 45(c); the examination is intended to occur by Zoom.

Respectfully submitted,

/s/ David Stockman
David Stockman, Pro Se
Third-Party Defendant
5805 McCarty Road
Saginaw, Michigan 48603
dstockma4@icloud.com
(989) 341-3017

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

| | |
|---|---|
| In re:<br>MAGDALENA PEREZ,<br>Debtor.<br>________________________________________/ | Case No. 24-21078-dob<br>Chapter 7<br>Hon. Daniel S. Opperman |
| KISHORE JAYAKUMAR,<br>Plaintiff,<br>v.<br>MAGDALENA PEREZ,<br>Defendant / Third-Party Plaintiff,<br>v.<br>DAVID STOCKMAN, and<br>MICHIGAN HEALTH CLINIC,<br>Third-Party Defendants.<br>________________________________________/ | Adv. Proc. No. 26-02010-dob |

CERTIFICATE OF SERVICE

I certify that on October 10, 2026, I served Third-Party Defendant David Stockman's Notice of Zoom Deposition of Christian Richard Millett, M.D. through the Court's CM/ECF system on all registered participants entitled to electronic notice in Adv. Proc. No. 26-02010-dob.
This Certificate pertains to service of the Notice on the parties. Service of any Rule 45 subpoena upon Christian Richard Millett, M.D. will be separately completed and documented after actual service.

Respectfully submitted,

/s/ David Stockman
David Stockman, Pro Se
Third-Party Defendant
5805 McCarty Road
Saginaw, Michigan 48603
dstockma4@icloud.com
(989) 341-3017