**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF MICHIGAN**

**NORTHERN DIVISION (BAY CITY)**

In re:
**MAGDALENA PEREZ,**
Debtor.

Case No. 24-21078-dob
Chapter 7
Hon. Daniel S. Opperman

**KISHORE JAYAKUMAR,**
Plaintiff,
v.
**MAGDALENA PEREZ,**
Defendant / Third-Party Plaintiff,
v.
**DAVID STOCKMAN and**
**MICHIGAN HEALTH CLINIC,**
Third-Party Defendants.

Adv. Proc. No. 26-02010-dob

**THIRD-PARTY DEFENDANT DAVID STOCKMAN'S NOTICE OF ZOOM DEPOSITION OF KISHORE JAYAKUMAR**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 30, made applicable by Fed. R. Bankr. P. 7030, Third-Party Defendant David Stockman will take the oral deposition of Plaintiff Kishore Jayakumar.

The deposition will commence on Monday, November 2, 2026, at 10:00 a.m. Eastern Time, and is noticed for remote appearance by Zoom. The deposition will be taken before a court reporter or other officer authorized to administer oaths under Fed. R. Civ. P. 28. Testimony will be recorded stenographically and may also be recorded by audiovisual means. Zoom access information will be circulated electronically before the deposition.

All documents and ESI responsive to discovery requests that are due on or before the deposition date shall be produced electronically before the deposition and remain electronically accessible to the witness during the deposition for questioning and screen-sharing. This notice does not shorten any otherwise applicable response period.

**Subjects of Examination**

- Jayakumar's employment and contractual relationships, including MHC and CDC;
- where Jayakumar physically worked during 2023 and 2024 and during the period relevant to his MHC wage claim;
- Jayakumar's provider schedules, work hours, patient schedules, meetings, administrative time, PTO, leave, and schedule changes;
- CDC billing, claims, charges, payments, collections, RVUs, productivity, and compensation attributable to Jayakumar;
- CDC payroll and W-2 compensation to Jayakumar;
- CDC employment agreements, job application/onboarding, credentialing, payer participation, and professional-liability coverage associated with Jayakumar;
- days on which Jayakumar performed CDC services and also performed or claimed to perform MHC services;
- communications concerning Jayakumar's outside employment, MHC work, schedule, work location, pay, or alleged unpaid wages;
- authentication and interpretation of records produced in discovery; and
- other nonprivileged matters relevant and proportional to the claims and defenses under Fed. R. Civ. P. 26(b)(1).

Respectfully submitted,

**/s/ David Stockman**
David Stockman, Pro Se - Third-Party Defendant
5805 McCarty Road, Saginaw, Michigan 48603 | dstockma4@icloud.com | (989) 341-3017
Dated: October 13, 2026

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION (BAY CITY)**

In re:
**MAGDALENA PEREZ,**
Debtor.

Case No. 24-21078-dob
Chapter 7
Hon. Daniel S. Opperman

**KISHORE JAYAKUMAR,**
Plaintiff,
v.
**MAGDALENA PEREZ,**
Defendant / Third-Party Plaintiff,
v.
**DAVID STOCKMAN and**
**MICHIGAN HEALTH CLINIC,**
Third-Party Defendants.

Adv. Proc. No. 26-02010-dob

---

## CERTIFICATE OF SERVICE

I certify that on October 13, 2026, I served Third-Party Defendant David Stockman's Notice of Zoom Deposition of Kishore Jayakumar through the Court's CM/ECF system on all registered participants entitled to electronic notice in Adv. Proc. No. 26-02010-dob.

Respectfully submitted,
**/s/ David Stockman**
David Stockman, Pro Se - Third-Party Defendant
5805 McCarty Road, Saginaw, Michigan 48603 | dstockma4@icloud.com | (989) 341-3017
Dated: October 13, 2026