UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

| | |
|---|---|
| In Re: | |
| MAGDALENA PEREZ | Case No: 24-21078-dob<br>Chapter 7<br>Hon. Daniel S. Opperman |
| Debtor. | |
| KISHORE JAYAKUMAR, | Adv. Pro. No. 26-02010-dob |
| Plaintiff, | |
| v. | |
| MAGDALENA PEREZ, | |
| Defendant / Third-Party Plaintiff. | |
| v. | |
| DAVID STOCKMAN, and<br>MICHIGAN HEALTH CLINIC, | |
| Third-Party Defendants | |

## NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

**PLEASE TAKE NOTICE** that Plaintiff Kishore Jayakumar ("Plaintiff") has filed a Motion for Protective Order (the "Motion") in this matter. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have one an attorney, you may wish to consult with one.)**

If you do not want the court to grant Plaintiff's Motion, or if you want the court to consider your views on the Motion, within 14 days, you or your attorney must:

1. File with the Court a written response or an answer, explaining your position at[1]

United States Bankruptcy Court
Eastern District of Michigan
111 First Street
Bay City, Michigan 48708

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e).

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also mail a copy to:

Warner Norcross + Judd LLP
Joshua C. Eggert (P87786)
715 East Main Street, Suite 110
Midland, Michigan 48640

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date.

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting the Motion.**

Dated: October 23, 2026

*/s/ Joshua C. Eggert*

Joshua C. Eggert (P87786)
Jonathan Lauderbach (P51313)
Warner Norcross + Judd
715 East Main Street, Suite 110
Midland, MI 48640
989-698-3700
jeggert@wnj.com

*Attorneys for Kishore Jayakumar*