UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

| | |
|---|---|
| In Re:<br><br>MAGDALENA PEREZ<br><br>Debtor. | Case No: 24-21078-dob<br>Chapter 7<br>Hon. Daniel S. Opperman |
| KISHORE JAYAKUMAR,<br><br>Plaintiff,<br><br>v.<br><br>MAGDALENA PEREZ,<br><br>Defendant / Third-Party Plaintiff.<br><br>v.<br><br>DAVID STOCKMAN, and<br>MICHIGAN HEALTH CLINIC,<br><br>Third-Party Defendants | Adv. Pro. No. 26-02010-dob |

## CORRECTED CERTIFICATE OF SERVICE

The undersigned hereby states and affirms that on October 27, 2026, he caused Plaintiff's Response in Opposition to Third-Party Defendant David Stockman's Separate Motion for Sanctions [Doc. 43] and Plaintiff's Response in Opposition to Third-Party Defendant David Stockman's Motion to Dismiss [Doc. 44] to be filed using the Court's CM/ECF system, which shall send notification of such filing to all attorneys and parties of record.

The undersigned states further and affirms that on October 28, 2026, he caused Plaintiff's Response in Opposition to Third-Party Defendant David Stockman's Separate Motion for Sanctions [Doc. 43] and Plaintiff's Response in Opposition to Third-Party Defendant David Stockman's Motion to Dismiss [Doc. 44] to be served via email, and U.S. mail, postage-prepaid, as follows:

David Stockman
5805 McCarthy Road
Saginaw, MI 48603
Dstockma4@icloud.com

David Stockman
3871 Fortune Blvd
Saginaw, MI 48603
Dstockma4@icloud.com

Dated: October 28, 2026

WARNER NORCROSS + JUDD LLP

By: /s/ *Joshua C. Eggert*

Joshua C. Eggert (P87786)
Jonathan Lauderbach (P51313)
715 East Main Street, Suite 110
Midland, MI 48640
989-698-3700
jeggert@wnj.com
jlauderbach@wnj.com

*Attorneys for Kishore Jayakumar*

35088083