Form:nthrgAP

**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan
111 First Street
Bay City, MI 48708

---

In Re: (NAME OF DEBTOR(S))
Magdalena Perez

Case No.: 24−21078−dob
Chapter 7
Judge: Daniel S. Opperman.BayCity

Kishore Jayakumar
Plaintiff

Adv. Proc. No. 26−02010−dob

v.

Magdalena Perez
Defendant

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the HEARING to consider and act upon the following:

***28*** − Third Party Defendant David Stockman's Separate Motion for Sanctions Against Plaintiff Kishore Jayakumar and Plaintiff's Counsel Under FED.R.BANKR.P.9011, 28 U.S.C. 1927, and the Court's Inherent Authority Filed by 3rd Pty Defendant David Stockman (cmcl)

***29*** − Third−Party Defendant David Stockman's Motion to Dismiss the Entire Adversary Proceeding and Third−Party Complaint or, in the Alternative, for Permissive Abstention, Abeyance, Stay, and an Express Rule 9011 Warning Filed by 3rd Pty Defendant David Stockman (cmcl)

will be held on: 11/19/26 at 02:00 PM at U.S. Bankruptcy Court Courtroom, 111 First St., Bay City, MI 48708

Dated: 11/5/26

BY THE COURT

Todd M. Stickle, Clerk of Court
U.S. Bankruptcy Court