# Magdalena Perez

## Healthcare Operations & Project Management Professional

**Professional Summary**
MBA-prepared healthcare operations professional with more than 15 years of progressive leadership experience supporting healthcare organizations, physician practices, and long-term care facilities. Proven success leading organizational growth, implementing new programs and technologies, coordinating multidisciplinary teams, developing operational processes, managing compliance initiatives, supporting executive leadership, and driving organizational improvement. Currently pursuing a PhD in Leadership with a strong interest in project management, healthcare innovation, organizational development, and strategic initiatives.

**Education**
Doctor of Philosophy (PhD), Leadership – Indiana Wesleyan University (Expected 2029)
Master of Business Administration (MBA) – Completed May 2025
Bachelor of Arts, Communication; Minor in Business Management – Saginaw Valley State University, Cum Laude
Medical Assistant Certification – Ross Medical Education Center

**Professional Experience**

**NexCare WellBridge Senior Living – Human Resources Director**
March 2024 – Present
• Lead human resources operations supporting a skilled nursing and rehabilitation facility.
• Coordinate recruitment, onboarding, employee relations, compliance initiatives, and organizational projects.
• Partner with executive and clinical leadership to support workforce planning, retention, training, and operational objectives.
• Develop policies, procedures, and employee engagement initiatives supporting organizational performance.

**Michigan Health Clinics – Chief Administrative Officer / Human Resources Director**
July 2018 – March 2024
• Supported operations for a multi-specialty healthcare organization with approximately 250 employees.
• Led implementation and expansion of dermatology, rheumatology, endocrinology, family medicine, laboratory, and Mohs surgery service lines.
• Coordinated recruitment, onboarding, training, and operational readiness for organizational growth initiatives.
• Managed vendor relationships, equipment implementation, facility operations, and cross-functional projects.
• Developed policies, workflows, and process improvement initiatives that enhanced efficiency and patient care delivery.
• Served as liaison between physicians, clinical teams, administrative departments, and external stakeholders.
• Oversaw regulatory compliance, accreditation readiness, and quality improvement initiatives.
• Trained employees on new technologies, systems, equipment, and operational procedures.

**Michigan Skin Clinic – Lead Clinical Assistant, RMA**
2017 – 2018
• Led training and workflow improvement initiatives while supporting clinical operations and staff development.
• Coordinated supplies, scheduling, documentation, and operational processes supporting patient care delivery.

7:36

**David**

Ok

Mar 29, 2023 at 9:02 AM

Hey. What are we doing with payroll? Can I submit?

Submit to whom

The payroll through the system for paystubs and checks

Yes you don't have an option at this point. Do not distribute checks without my say so.

Ok

Mar 29, 2023 at 11:13 AM

Dr stickman

I won't be here after this week

This environment is too toxic for me

Please let me know what items you need me to compete by the end of the week

iMessage



Please send me login

7:37

David

them all trained over there

I'm not

So idk what to tell you

Mags

I need them trained

There are no issues in family

What the hell

Mar 28, 2023 at 10:45 AM

Do you have payroll split yet and is it ready to review

I'm getting it ready right now. After I take care of payroll this week I'd like to know when my last day is needed here

Please inform people for wires that they were wired.

Amal, Marissa, Chad, Connaghan, Brian?

Mar 28, 2023 at 12:22 PM

iMessage

58724 Virginia Cir.
New Haven, MI 48048

7:39

David

Mar 24, 2023 at 5:12 PM

Dr Connaghan - no check
Brian Hart
Terriaya Sherley- check n go

Taken care of:
Jazmin Jackson
Karla cook
Carrie Grubaugh
Amanda hine
Erica Loik
Katie Brender
Kailee Heilman
Michelle westendorf
Joseph Northrop
Kati Quarford
Brian hart
Sarah Duquette
Rachel Roedel

Mar 25, 2023 at 12:26 PM

Split the payrolls into hourly and salary

Mar 26, 2023 at 10:28 AM

Are you seeing pts today?

Kenya has two patients ready

And one of them want their ears checked

iMessage

Ok

7:40

David

Or them

I don't have her info I don't know how they would. I'll call them tomorrow

Mar 15, 2023 at 7:17 AM

Can you approve payroll please

Also I need to pay roche, lumea 2k, Thermofisher 2k, Pauls 3k disability,

Emily is asking if she can hire someone to replace Megan O. She found someone who is interested.

I can write your letter

When do you need it by

Whenever I just need to submit with my application whenever

iMessage

What school year

7:41

David

wouldn't work so I called him he did a PO order and was sending it to get payment processed.

Mar 14, 2023 at 9:46 AM

Roche- need to pay 7k by Friday Can make smaller payments

Henry schein- 4K today

Lumea- 2k today

Mar 14, 2023 at 10:46 AM

They charged on the silver card

Payroll sent to your email

Can I send a check?

Thermofisher said we can pay 2k every other day at 1pm for payment plan. What card can I use?

iMessage



Mar 14, 2023 at 5:23 PM

7:44

David

Feb 27, 2023 at 1:43 PM

Hello

You have one hour to look and have me make edits so I can submit this osyrolll

I'm leaving grandpa Tom on there it's only 600$

Is that ok

Payroll reports sent

See the one that says direct deposit report

The other is for me to enter everything else back in

I need to submit!!!

Can I submit

Hello

Hello

Feb 27, 2023 at 4:55 PM

iMessage

now we do not sign off on

7:44

David

👍 I have to push biweekly payroll out today before 3pm

Otherwise they will make me change the check date

Or we have to do paper checks again

Let me know how you'd like to proceed because if we're doing paper checks I have to enter everything in manually for paystubs to show at the same time

We will do a combination of paper and regular checks

I need to know who will get paper checks so I can enter those in as manual

Create the payroll so I can see it

And then we can go backwards

Does that work

Yes

iMessage



But are you going to have time

7:45

David

Updated payroll sent

Am I pushing the payroll through now?

Did you remove who I said

Yes

Send me again to check please

Just sent you email. Please print and have jay deposit at frankenmuth

Send me Rolle wire information

Monthly payroll is fine

Check deposited in frankenmuth

Great thanks

Submitting monthly payroll

iMessage

Did you give her cash or a


7:46
David
Ok
How do you wanna do monthly payroll?
Let me see the monthly payroll
Ok I didn't add Davison
Roche
Roche
Hello
Please contact Balboa capital and ask how much is left on cool sculpintng
Is this in there
Yes the rabbit mono
iMessage
You said 405 and PIN

7:47

David

I see

Also why are employees getting notification of payroll move dates

That needs to stop

Can you call them

Dear Staff, Payroll is run and is complete. In an attempt to update the system, some people were paid by direct deposit, others will have to be paid by manual check which will be released at noon today.

we have been notified that direct deposits will be occurring in the later morning.

I need the addresses

Cool thank you almost done with this wire email

Login

You can see it stated

iMessage

Ringer

David

Hi.

I need the bank account info and I fell asleep waiting on you to tell me it's good. I Can send out an email now and make the checks it'll take me less than an hour to send to Val and I can tell them they will have them by noon

Dude

I sent you the picture with the check

Give me access to paychex so I can look up account numbers and do the wire stuff

Just do the regular check it is fine

But I need the accounts to wire

That info isn't in paychex it's on a report

Also take the phone calls because people are calling me and I dont want to deal with it

iMessage


7:51
David
What am I checking email for
You didn't tell me you needed a screenshot
wth
Jesus mags
please submit the biweekly payroll
You knew you needed. Screenshot lol
no
i didnt
Or you should have reminded me
Ok
Brian will freeze pto but will want to work from home
iMessage
school 😂

7:55

David

Jan 6, 2023 at 4:08 PM

can you call me

Jan 6, 2023 at 5:11 PM

I want you to separate out the payrolls into hourly staff providers and administration for biweekly

Ok

Jan 6, 2023 at 8:28 PM

The MIFSM checks went out today

Dude

How much

I'm checking

Well

It got mailed today?

Remind me on Tuesday to put money in please

iMessage

10k

8:04

magrecommendation4625ver2

DOC - 10 KB

April 6, 2025

Dear Admissions Committee,

I am writing a letter of recommendation for Magdelena Perez (Mags) for your PhD program in Educational Leadership and I do so without hesitation. I have known and worked with Mags for over 5 years and have observed many qualities that will serve her well in your program.

Mags is a Leader. Leadership embodies integrity, empathy, accountability, communication, vision, confidence, resilience, and the ability to make sound decisions and inspire others. I've seen Mags do all of these things.

During my time working with Mags, I have experienced first hand her integrity, her commitment to work, and her ability to persevere in challenging and diverse situations. I've seen her demonstrate excellent communication and use the skills required to handle the issues of a fast-paced office environment.

In the medical office where Mags and I worked, the practice grew by leaps and bounds. Megs contributed greatly to this growth by working many hours in the office to assure that things got done. This meant managing and overseeing about 100 people, ensuring various tasks were completed, and managing multiple departments including Rheumatology, Dermatology, Family Practice, and Urgent Care. She also implemented various processes for recruiting physicians and nurse practitioners into the 4 departments of our health clinic. Other responsibilities included overseeing payroll, organizing and initiating the on-boarding process for new employees, and managing benefits. Her leadership at MI Health Clinic help fuel the companies rapid growth and employment blossomed from 30 people to over 100 employees in less then 3 years.

Rapid growth comes with many challenges. We outgrew our original clinic and Mags managed the office relocation. She remained committed to implementing a smooth transition for both employees, and patients, and succeeded as we completed the move without major issues. Additionally she continued to oversee the training of new medical assistants, she assisted health care providers with various administrative responsibilities, encouraged and motivated employee engagement within the company, and helped to organize the office. During one thankfully rare instance, Mags was called in to diffuse an angry patient who was threatening me – the health care provider -- not an easy situation. Workplace violence can happen anywhere, and the ability to diffuse a volatile situation requires confidence, effective but firm communication, the ability to make sound and quick decisions, and the ability to empathize with an angry patient. There was a happy outcome in this case as that patient left our office without further incident.

Magdelena demonstrated many fine attributes at MI Health Clinic that will serve her well in your program. The above examples represent a small snippet of her work experience and qualities. I highly recommend Mags and am confident she will be a valuable asset in your PhD Educational Leadership program.

Please do not hesitate to contact me with further questions or information.

Sincerely,

Jennifer E. Penning, MSN, FNP-BC, NP-C
Nurse Practitioner at Christus St. Vincent Dermatology Specialists
jennifer.penning@stvin.org

Edit in Word

Bassam Afaneh, MD,FAAP.
2419 Rushmore Street
Saginaw,MI 48603
salfeeti@hotmail.com

February, 09, 2025

Subject: Magdalena Perez.

Dear admission office of department of business administration
Wayne state university , Detroit Michigan

It's my pleasure that Magdalena Perez is applying for your program for a PhD in business administration. I have known Magdalena from May,2022 till June, 2024. I was a physician at Mihealth clinic in Saginaw,MI and she was the manager of the clinic with all it's departments ( Multispeciality clinic)

.I have the privilege of working with her for the mentioned two years period. I have been continuously impressed by her exceptional management skills, strategic thinking and problem solving skills and the critical thinking to get the best steps to solve any problem facing the team and the best ways to serve our patients by educating the staff about those steps.

Magdalena has served as clinic manager and taking care of all the departments of the clinic including human resource, financing and day to day operations of the offices in the clinic with remarkable effectiveness.

She showed a very critical thinking for business running and effective solving of the problems in all departments of the clinic.

She was having a leadership abilities and was liked by employees and patients alike.

Beyond the technical skills, Magdalena posses a high communicative skills with all the employees and adminstration, working as a team leader . She was liked by employees for her understanding and supportive efforts to search for the best way to solve any problem the staff may face during working hours.

Magdalena showed a high skills in creative solving of all the problems facing the business after searching for the reasons of those problems.

Her decision to pursue a PhD program in business administration is a natural progression to her career.

I believe that Magdalena posses the intellectual ability, the drive and leadership skills to excelling your PhD program.

I fully recommend her to your program without reservation, and I think she will be a successful candidate.

Please do not hesitate to contact me if you have any question.

MD

02/9/2025

Bassam Afaneh,MD.
E mail: salfeeti@hotmail.com
Cell # (989)906-2174.

**OFFICE OF CHIEF MEDICAL EXAMINER**

Dr. Roshan Mahabir
4707 E McLeod Drive,
Saginaw, 48607.
3/17/2023

Admissions Officer

Re: Magdalena Perez

It is truly my pleasure and honor to write a letter of recommendation for Magdalena Perez who is applying for a Graduate Degree in Communication.
I have worked with Mrs. Perez for more than 2 years, during which she was responsible for my hiring, and onboarding into Michigan Institute of Forensic Science and Medicine.
Knowing her, I am confident that with her skills in communication, administration, and professionalism she will excel in this program and do amazingly as a graduate.

I am one of the directors of the organization and Mrs. Perez works as my administrative directors, and it is without shame I can say that the only reason my department functions and I can work is because she takes care of all the background work.

The standard practice of the organization is “if there are any problems; ask Magdalena”. Of all the places I have worked, I have never had an administrator who is so ahead of issues and problems that they can be easily solved.
I see she is interested in communications; and that is the most fitting for her. She is the only person I trust to reach out to different departments, or different companies for answers. Of all the people who she has dealt with, even in stressful and contentious situations, no one has ever come to be with anything negative about Mrs. Perez.

It is without any reservations, I give Mrs. Perez my highest recommendation, it is without doubt she will do well in this program. Fell free to contact if there are any questions about her work or qualifications.

Roshan Mahabir, MD, PhD, MPH
Chief Medical Examiner

// Magdalena Perez
Operations | Organizational Leadership | Business Strategy
(989) 522-2652
mperez15@svsu.edu

---

**Professional Summary**

Operations & Organizational Leadership Professional with over 15 years of progressive leadership experience driving organizational growth, improving operations, building high-performing teams, and cultivating positive workplace cultures. Experienced in leading cross-functional operations, organizational development, strategic planning, and workforce initiatives that improve organizational performance. Holds a Master of Business Administration and is currently pursuing a PhD in Leadership, combining practical leadership experience with a commitment to continuous learning and organizational excellence.

**Core Competencies**

- Operations Management
- Organizational Leadership
- Strategic Planning
- Organizational Development
- Change Management
- Employee Relations
- Labor Relations
- Executive Administration
- Process Improvement
- Project Management
- Leadership Development
- Regulatory Compliance
- Workforce Planning
- Cross-Functional Collaboration
- Policy Development
- Budget Administration

**Experience**

**Nexcare Wellbridge Senior Living** - *Human Resources Director*
March 25, 2024 - Present

- Partner with executive leadership and 12 department leaders to align workforce strategies, improve operational performance, and support a 24/7 skilled nursing facility with approximately 200 employees.
- Direct employee and labor relations, including collective bargaining support, workplace investigations, grievance resolution, policy interpretation, and leadership coaching.
- Implemented employee engagement, recognition, and retention strategies that contributed to improved retention and a reduction in monthly turnover from 6.13% in January to 3.68% by June.
- Established and led the Culture Committee, launching employee recognition and engagement initiatives that strengthened workplace culture, improved employee morale, and supported retention efforts.
- Oversee full-cycle recruitment, onboarding, orientation, and leadership development initiatives to attract, develop, and retain high-performing employees.
- Ensure compliance with federal, state, and organizational regulations, including OSHA, workers' compensation, employment law, and organizational policies, minimizing organizational risk while supporting operational excellence.

**Michigan Health Clinics** - *Chief Administrative Officer/Human Resources Director*
July 16, 2018 - March 17, 2024

- Served as a key operational leader and strategic partner, collaborating with the owner to support the organization's expansion from a single-specialty dermatology practice into a multi-specialty healthcare organization operating across three facilities and nine clinical and support service lines.

- Led the planning, development, and launch of new service lines by designing operational workflows, developing policies and procedures, coordinating facility readiness, recruiting staff, and implementing the infrastructure necessary for successful operations from concept through launch.
- Directed administrative operations, human resources, vendor management, facility operations, accounts payable, purchasing, and organizational initiatives supporting an organization of approximately 250 employees while serving as the primary operational liaison across departments.
- Built the organization's operational infrastructure from the ground up by developing employee handbooks, orientation programs, compliance standards, policies, procedures, and organizational workflows that supported sustainable growth.
- Partnered with executive leadership and the Chief Financial Officer to oversee budgeting, payroll, employee benefits, insurance administration, regulatory compliance, accreditation readiness, and long-term strategic planning.
- Cultivated strategic relationships with physicians, vendors, contractors, tenants, and external business partners to support organizational growth and ensure seamless business operations.

**Michigan Skin Clinic** - *Lead Clinical Assistant, RMA*
November 13, 2017 - July 15, 2018 (Michigan Health Clinics)

- Served as Lead Clinical Assistant for a growing specialty practice, supervising a team of medical assistants and administrative staff while supporting daily clinical and operational activities.
- Coordinated dermatologic surgical procedures, specimen management, and clinical workflows to support efficient, high-quality patient care.
- Developed and delivered training programs for new employees and students, improving onboarding, clinical competency, and team performance.
- Managed clinical inventory, purchasing, equipment, and supply budgets to support uninterrupted patient care and operational efficiency.
- Collaborated closely with physicians and leadership to improve workflows, enhance patient experience, and support the continued growth of the practice.
- Earned increasing administrative and operational responsibilities through demonstrated leadership, laying the foundation for advancement into executive leadership.

**Great Lakes Bay Health Centers** - *Lead Clinical Assistant*
July 12, 2012 - October 27, 2017

- Led daily clinical operations while supervising and mentoring medical assistants, coordinating staff assignments, and supporting efficient patient care across a busy primary care practice.
- Served as a preceptor for new employees and students, developing clinical competency through hands-on training, coaching, and ongoing support.
- Coordinated scheduling, workflow management, and departmental priorities to improve operational efficiency and maintain high-quality patient care.
- Managed immunization programs, clinical documentation, insurance verification, and patient services while ensuring compliance with organizational and regulatory standards.
- Recognized for leadership, initiative, and operational excellence, earning increasing responsibilities that prepared for advancement into healthcare administration and executive leadership.

**Education**

**Indiana Wesleyan University**
**Doctor of Philosophy (PhD), Leadership** *(In Progress)*
Expected Graduation: 2031

**Saginaw Valley State University**
**Master of Business Administration (MBA)**

**Saginaw Valley State University**
**Bachelor of Arts, Communication**
Minor: Business Management
*Cum Laude*

**Professional Development & Certifications**

Medical Assistant Certification – Ross Medical Education Center

Health Unit Coordinator Certificate – Delta College

Certified Nursing Assistant - Delta College

**Honors & Recognition**

- Executive Assistant, Student Association – Saginaw Valley State University
- Medical Assistant Liaison Award – Great Lakes Bay Health Centers
- Certificate of Excellence – Great Lakes Bay Health Centers
- Volunteer, Lead Crisis Event – Genesee County Health Department, University of Michigan–Flint Department of Nursing & Molina Healthcare

# Magdalena Perez

Operations | Organizational Leadership | Business Strategy
(989) 522-2652
mperez15@svsu.edu


---

**Professional Summary**

Operations & Organizational Leadership Professional with over 15 years of progressive leadership experience driving organizational growth, improving operations, building high-performing teams, and cultivating positive workplace cultures. Experienced in leading cross-functional operations, organizational development, strategic planning, and workforce initiatives that improve organizational performance. Holds a Master of Business Administration and is currently pursuing a PhD in Leadership, combining practical leadership experience with a commitment to continuous learning and organizational excellence.

**Core Competencies**

- Operations Management
- Organizational Leadership
- Strategic Planning
- Organizational Development
- Change Management
- Employee Relations
- Labor Relations
- Executive Administration
- Process Improvement
- Project Management
- Leadership Development
- Regulatory Compliance
- Workforce Planning
- Cross-Functional Collaboration
- Policy Development
- Budget Administration

**Experience**

**Nexcare Wellbridge Senior Living** - *Human Resources Director*
March 25, 2024 - Present

- Partner with executive leadership and 12 department leaders to align workforce strategies, improve operational performance, and support a 24/7 skilled nursing facility with approximately 200 employees.
- Direct employee and labor relations, including collective bargaining support, workplace investigations, grievance resolution, policy interpretation, and leadership coaching.
- Implemented employee engagement, recognition, and retention strategies that contributed to improved retention and a reduction in monthly turnover from 6.13% in January to 3.68% by June.
- Established and led the Culture Committee, launching employee recognition and engagement initiatives that strengthened workplace culture, improved employee morale, and supported retention efforts.
- Oversee full-cycle recruitment, onboarding, orientation, and leadership development initiatives to attract, develop, and retain high-performing employees.
- Ensure compliance with federal, state, and organizational regulations, including OSHA, workers' compensation, employment law, and organizational policies, minimizing organizational risk while supporting operational excellence.

**Michigan Health Clinics** - *Chief Administrative Officer/Human Resources Director*
July 16, 2018 - March 17, 2024

- Served as a key operational leader and strategic partner, collaborating with the owner to support the organization's expansion from a single-specialty dermatology practice into a multi-specialty healthcare organization operating across three facilities and nine clinical and support service lines.

- Led the planning, development, and launch of new service lines by designing operational workflows, developing policies and procedures, coordinating facility readiness, recruiting staff, and implementing the infrastructure necessary for successful operations from concept through launch.
- Directed administrative operations, human resources, vendor management, facility operations, accounts payable, purchasing, and organizational initiatives supporting an organization of approximately 250 employees while serving as the primary operational liaison across departments.
- Built the organization's operational infrastructure from the ground up by developing employee handbooks, orientation programs, compliance standards, policies, procedures, and organizational workflows that supported sustainable growth.
- Partnered with executive leadership and the Chief Financial Officer to oversee budgeting, payroll, employee benefits, insurance administration, regulatory compliance, accreditation readiness, and long-term strategic planning.
- Cultivated strategic relationships with physicians, vendors, contractors, tenants, and external business partners to support organizational growth and ensure seamless business operations.

**Michigan Skin Clinic** - *Lead Clinical Assistant, RMA*
November 13, 2017 - July 15, 2018 (Michigan Health Clinics)

- Served as Lead Clinical Assistant for a growing specialty practice, supervising a team of medical assistants and administrative staff while supporting daily clinical and operational activities.
- Coordinated dermatologic surgical procedures, specimen management, and clinical workflows to support efficient, high-quality patient care.
- Developed and delivered training programs for new employees and students, improving onboarding, clinical competency, and team performance.
- Managed clinical inventory, purchasing, equipment, and supply budgets to support uninterrupted patient care and operational efficiency.
- Collaborated closely with physicians and leadership to improve workflows, enhance patient experience, and support the continued growth of the practice.
- Earned increasing administrative and operational responsibilities through demonstrated leadership, laying the foundation for advancement into executive leadership.

**Great Lakes Bay Health Centers** - *Lead Clinical Assistant*
July 12, 2012 - October 27, 2017

- Led daily clinical operations while supervising and mentoring medical assistants, coordinating staff assignments, and supporting efficient patient care across a busy primary care practice.
- Served as a preceptor for new employees and students, developing clinical competency through hands-on training, coaching, and ongoing support.
- Coordinated scheduling, workflow management, and departmental priorities to improve operational efficiency and maintain high-quality patient care.
- Managed immunization programs, clinical documentation, insurance verification, and patient services while ensuring compliance with organizational and regulatory standards.
- Recognized for leadership, initiative, and operational excellence, earning increasing responsibilities that prepared for advancement into healthcare administration and executive leadership.

**Education**

**Indiana Wesleyan University**
**Doctor of Philosophy (PhD), Leadership** *(In Progress)*
Expected Graduation: 2031

**Saginaw Valley State University**
**Master of Business Administration (MBA)**

**Saginaw Valley State University**
**Bachelor of Arts, Communication**
Minor: Business Management
*Cum Laude*

**Professional Development & Certifications**

Medical Assistant Certification – Ross Medical Education Center

Health Unit Coordinator Certificate – Delta College

Certified Nursing Assistant - Delta College

**Honors & Recognition**

- Executive Assistant, Student Association – Saginaw Valley State University
- Medical Assistant Liaison Award – Great Lakes Bay Health Centers
- Certificate of Excellence – Great Lakes Bay Health Centers
- Volunteer, Lead Crisis Event – Genesee County Health Department, University of Michigan–Flint Department of Nursing & Molina Healthcare

CMU CENTRAL MICHIGAN UNIVERSITY | College of Medicine

Michigan, March 16, 2023

Admissions Committee
Graduate Degree- Communication- Master of Arts
Department of Communication
College of Communication Arts and Sciences

Dear Sir/Madam,

I am writing this letter in support of Ms. Magdalena Perez's application to the department of Communication, College of Communication Arts and Sciences.

Please allow me, first, to introduce myself as Professor of Microbiology- Department of Foundational Sciences at the College of Medicine- Central Michigan University, and Director of Clinical Microbiology and Infection Prevention at Michigan Health Clinics- Saginaw-MI.

I have come to know Ms. Perez since March 2020, when I joined Michigan Health Clinics in the midst of the pandemic, where I had the pleasure of working with her and the team, side by side, to conduct the first awareness and testing campaigns in Saginaw and later on in several areas of the tri city.

Magdalena is an extraordinary professional with excellent experience and exceptional interpersonal communication skills. In such a short period of time, she managed to successfully lead, not only the department she chairs, but the whole company during tough times and difficult conditions. She is gifted a unique, strong, and determined personality, supported by a friendly and warm attitude. She knows very well how to spread her enthusiasm to her colleagues and team, and this constitutes a key determinant and important asset for any successful team player. She communicates with everyone without barriers and provides help and support when needed.

As a multidisciplinary person, I have no doubt that Magdalena will continue to make vital contributions to her personal and professional environment. I am sure, when given the opportunity and support, she will proliferate as an outstanding learner. Her leadership and cooperative character contribute synergistically to her positive attitude, drawing the picture of a successful communicator and professional.

I encourage you to look favorably upon her application. If I can be of any further assistance, please do not hesitate to contact me.

Sincerely,

Ziad Daoud, Ph.D., SM(ASCP)^CM
Professor of Microbiology | Foundational Sciences Discipline
College of Medicine | Central Michigan University ( CMED-CMU )
Director for Clinical Microbiology & Infection Prevention | Michigan Health Clinics
zdaoud@mihealthclinic.com