UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

In Re:

MAGDALENA PEREZ

Debtor.

Case No: 24-21078-dob
Chapter 7
Hon. Daniel S. Opperman

KISHORE JAYAKUMAR,

Plaintiff,

v.

MAGDALENA PEREZ,

Defendant / Third-Party Plaintiff.

v.

DAVID STOCKMAN, and
MICHIGAN HEALTH CLINIC,

Third-Party Defendants

Adv. Pro. No. 26-02010-dob

# ORDER

This matter comes before this Court on the *Motion for Protective Order* (the "Motion") filed by Plaintiff Kishore Jayakumar ("Jayakumar"), and the Court is otherwise advised in the premises.

IT IS HEREBY ORDERED:

1. Third-Party Defendant David Stockman shall not initiate further discovery in this proceeding so long as the default judgment against him is not vacated.

2. Jayakumar shall have no obligation to respond to the Interrogatories, Request for Production of Documents, and Request for Admissions filed on October 14, 2026 (ECF No. 36).

3. No request for admission made by ECF No. 36 shall be deemed admitted if and because Jayakumar does not respond.

4. Jayakumar is not required to attend the depositions noticed by ECF No. 31 and ECF No. 37.

5. If the default judgment against Third Party Defendant David Stockman is later vacated, David Stockman shall re-serve any desired discovery.

**Signed on November 12, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**