UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

In Re:

MAGDALENA PEREZ

Debtor.

Case No: 24-21078-dob
Chapter 7
Hon. Daniel S. Opperman

KISHORE JAYAKUMAR,

Plaintiff,

v.

MAGDALENA PEREZ,

Defendant / Third-Party Plaintiff.

v.

DAVID STOCKMAN, and
MICHIGAN HEALTH CLINIC,

Third-Party Defendants

Adv. Pro. No. 26-02010-dob

# ORDER

This matter comes before this Court on the *Motion for Protective Order* (the "Motion") filed by Plaintiff Kishore Jayakumar ("Jayakumar"), and the Court is otherwise advised in the premises.

IT IS HEREBY ORDERED:

1. Third-Party Defendant David Stockman shall not initiate further discovery in this proceeding so long as the default judgment against him is not vacated.

2. Jayakumar shall have no obligation to respond to the Interrogatories, Request for Production of Documents, and Request for Admissions filed on October 14, 2026 (ECF No. 36).

3. No request for admission made by ECF No. 36 shall be deemed admitted if and because Jayakumar does not respond.

4. Jayakumar is not required to attend the depositions noticed by ECF No. 31 and ECF No. 37.

5. If the default judgment against Third Party Defendant David Stockman is later vacated, David Stockman shall re-serve any desired discovery.

**Signed on November 12, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**

United States Bankruptcy Court
Eastern District of Michigan

Jayakumar,
Plaintiff
Adv. Proc. No. 26-02010-dob
Perez,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0645-1 User: admin Page 1 of 2
Date Rcvd: Nov 12, 2026 Form ID: pdf02 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 3pd | + | David Stockman, 3871 Fortune Blvd, Saginaw, MI 48603-2287 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jonathan E. Lauderbach | on behalf of Plaintiff Kishore Jayakumar jlauderbach@wnj.com |
| Joshua Eggert | on behalf of Plaintiff Kishore Jayakumar jeggert@wnj.com |
| Matthew L. Frey | on behalf of Defendant Magdalena Perez mfrey@matthewfreylaw.com notices@UpRightLaw.com |
| Matthew L. Frey | on behalf of 3rd Party Plaintiff Magdalena Perez mfrey@matthewfreylaw.com notices@UpRightLaw.com |
| Matthew Lee Frey | on behalf of Defendant Magdalena Perez mfrey@matthewfreylaw.com |
| Matthew Lee Frey | |

on behalf of 3rd Party Plaintiff Magdalena Perez mfrey@matthewfreylaw.com

TOTAL: 6