UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION (BAY CITY)

In Re:

MAGDALENA PEREZ

Debtor.

Case No: 24-21078-dob
Chapter 7
Hon. Daniel S. Opperman

KISHORE JAYAKUMAR,

Plaintiff,

Adv. Pro. No. 26-02010-dob

v.

MAGDALENA PEREZ,

Defendant / Third-Party Plaintiff.

v.

DAVID STOCKMAN, and
MICHIGAN HEALTH CLINIC,

Third-Party Defendants

**ORDER DENYING MOTION FOR SANCTIONS**

This matter comes before this Court on the *Motion for Sanctions* (the "Motion") filed by Third-Party Defendant David Stockman, and Plaintiff having filed an objection to the same; and the parties or counsel having appeared before the Court on November 19, 2026, and the Court is otherwise advised in the premises.

IT IS HEREBY ORDERED, for the reasons stated on the record, the Motion is denied.

**Signed on November 20, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**