UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION - BAY CITY

IN RE:

MAGDALENA PEREZ,
Debtor.

Case No. 24-21078-dob
Chapter 7 Proceeding
Hon. Daniel S. Opperman

_____________________________________/

KISHORE JAYAKUMAR,
Plaintiff,
v.

Adv. Proc. No. 26-02010-dob

MAGDALENA PEREZ,
Defendant/Third-Party Plaintiff,

v.

MICHIGAN HEALTH CLINICS, P.C.
AND DAVID STOCKMAN,
Third-Party Defendants.
_______________________________________/

ORDER SETTING DEADLINES

The Court held a hearing on Third-Party Defendant David Stockman's Motion to Dismiss Entire Adversary Proceeding ("Motion") on November 19, 2026. At this hearing, the Court was prepared to deny this Motion because a Default Judgment was entered against the movant, Dr. Stockman. At the November 19, 2026 hearing, however, Dr. Stockman represented that he had a Stipulation to Set Aside Default Judgment that was signed by counsel for the Defendant/Third-Party Plaintiff, Magdalena Perez. Counsel for Ms. Perez was in Court and confirmed that he did sign this Stipulation but was not sure why Dr. Stockman had not filed the Stipulation and attendant Order to Set Aside Default Judgment. In response, Dr. Stockman stated that he thought he needed the consent of the Chapter 7 Trustee, Samuel Sweet. Mr. Sweet was in Court during this hearing

and confirmed that he had no objection to the filing of the Stipulation to Set Aside Default Judgment or the setting aside of the Default Judgment. Accordingly, the Court advised Dr. Stockman to file the Stipulation to Set Aside Default Judgment by November 30, 2026. The Court also indicated on the record that it was prepared to deny Dr. Stockman's Motion because he lacked standing but that setting aside the Default Judgment would cause the Court to consider other arguments made by the Plaintiff in this case. The Court also indicated that it believed that the Plaintiff should be allowed the opportunity to consider whether the Default Judgment should be set aside given the stage of the adversary proceeding.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Stipulation to Set Aside Default Judgment described by Dr. Stockman at the November 19, 2026 hearing must be filed with the Court no later than November 30, 2026. If this Stipulation is not filed by November 30, 2026, the Court will rule on the Motion to Dismiss.

IT IS FURTHER ORDERED that Plaintiff, Kishore Jayakumar, may file an objection to the Stipulation to Set Aside Default Judgment on or before December 7, 2026. If such an objection is filed, the Court may rule on the objection without a hearing.

**Signed on November 24, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**