**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

| | |
|---|---|
| In re: MAGDALENA PEREZ,<br>Debtor.<br>_______________________________/ | Case No. 24-21078-dob<br>Chapter 7 |
| KISHORE JAYAKUMAR,<br>Plaintiff,<br>v.<br>MAGDALENA PEREZ,<br>Defendant/Third-Party Plaintiff,<br>v.<br>DAVID STOCKMAN and<br>MICHIGAN HEALTH CLINIC, P.C.,<br>Third-Party Defendants.<br>_______________________________/ | Adv. No. 26-02010-dob |

**JOINT STIPULATION TO VACATE DEFAULT JUDGMENT AS TO DAVID STOCKMAN AND PERMIT RESPONSE TO THIRD-PARTY COMPLAINT**

Third-Party Plaintiff Magdalena Perez, through counsel Matthew L. Frey, and Third-Party Defendant David Stockman, individually and pro se, stipulate and jointly request entry of the accompanying order pursuant to Fed. R. Bankr. P. 7055 and Fed. R. Civ. P. 55(c), 60(b), and, to the extent applicable, 54(b).

1. On April 1, 2026, Perez filed her third-party complaint for indemnification and contribution as part of ECF No. 4.

2. On May 14, 2026, the Court entered a default judgment against David Stockman at ECF No. 12. The judgment did not set a fixed dollar amount and contemplated a later determination after resolution of Jayakumar's claims.

3. The parties agree that the default judgment entered against David Stockman individually may be vacated and that the third-party claims against him should be resolved, if appropriate and legally permitted, on their merits rather than by default.

4. The parties consent to vacatur of ECF No. 12 and any underlying clerk's entry of default as to David Stockman only, including the entry referenced in the motion for default judgment as entered May 8, 2026. This stipulation does not address ECF No. 13, the separate judgment against Michigan Health Clinic, P.C.

5. Subject to any applicable automatic stay, other bankruptcy injunction, and further order of court, David Stockman shall have fourteen (14) days from entry of the order to file and serve an answer or other permitted response to ECF No. 4. A proposed answer may be tendered without waiver of the stay or defenses.

6. Nothing herein admits any debt, misrepresentation, personal liability, indemnification obligation, contribution obligation, jurisdictional fact, or entitlement to attorney fees. No party waives defenses, including those arising under 11 U.S.C. § 362, or the rights of any bankruptcy estate or trustee.

7. The parties request entry of the order without hearing, with each party bearing its own costs regarding this stipulated relief.

Dated: October 21, 2026

Respectfully submitted,

/s/ David Stockman
David Stockman, Pro Se
Third-Party Defendant, Individually
3871 Fortune Boulevard
Saginaw, MI 48603
dstockma4@icloud.com

AGREED AND STIPULATED (upon signature):

[signature]
Matthew L. Frey (P68239)
Counsel for Magdalena Perez
4901 Towne Centre Road, Suite 235
Saginaw, MI 48604
mfrey@matthewfreylaw.com
Date signed: 10-21-2026

**CERTIFICATE OF SERVICE**

I certify that on the date this document is filed, a true and correct copy will be served through the Court's CM/ECF system upon registered recipients entitled to electronic service. Any participant not receiving electronic service will be served separately in accordance with Fed. R. Bankr. P. 7005 and Fed. R. Civ. P. 5, and proof of such separate service will be filed as required.

/s/ David Stockman
David Stockman, Third-Party Defendant, Pro Se