**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

In re:
MAGDALENA PEREZ,
Debtor.
_____________________________________/

Case No. 24-21078-dob
Chapter 7

KISHORE JAYAKUMAR,
Plaintiff,
v.
MAGDALENA PEREZ,
Defendant/Third-Party Plaintiff,
v.
DAVID STOCKMAN and
MICHIGAN HEALTH CLINIC, P.C.,
Third-Party Defendants.
_____________________________________/

Adv. Proc. No. 26-02010-dob

**PROPOSED STIPULATED ORDER VACATING DEFAULT JUDGMENT AS TO DAVID STOCKMAN AND PERMITTING RESPONSE TO THIRD-PARTY COMPLAINT**

Upon consideration of the parties' Joint Stipulation to Vacate Default Judgment as to David Stockman and Permit Response to Third-Party Complaint, and for good cause shown, the Court orders as follows:

**IT IS ORDERED:**

1. The default judgment entered against David Stockman individually on May 14, 2026 (ECF No. 12), and any underlying Clerk's entry of default against David Stockman only, including the entry referenced in the motion for default judgment as entered May 8, 2026, are VACATED and SET ASIDE, respectively.

2. Subject to any applicable automatic stay, other bankruptcy injunction, and further order of the Court, David Stockman shall have fourteen (14) days after entry of this Order to file and serve an answer or other permitted response to the third-party complaint at ECF No. 4. A proposed answer may be tendered without waiver of the stay or defenses.

3. Nothing in this Order admits any debt, misrepresentation, personal liability, indemnification obligation, contribution obligation, jurisdictional fact, or entitlement to attorney fees. No party waives any claim or defense, including those arising under 11 U.S.C. § 362, or any right belonging to a bankruptcy estate or trustee.

4. This Order does not address or modify ECF No. 13, the separate judgment against Michigan Health Clinic, P.C.

5. Each party shall bear its own costs regarding this stipulated relief.